UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| In re: | Case No. R11-42766-MGD |
|---|---|
| MICHAEL RAY TAYLOR<br>MEGAN LEA TAYLOR<br>Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/17/2011.

2) The plan was confirmed on 11/03/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/25/2013.

5) The case was dismissed on 02/28/2013.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $654.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,462.09 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,462.09

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,198.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $865.48 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,063.48

Attorney fees paid and disclosed by debtor:    $2.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN HONDA FINANCE | Secured | 18,000.00 | 16,407.99 | 16,407.99 | 5,326.08 | 656.42 |
| CAPITAL ONE BANK USA | Unsecured | 224.00 | 259.72 | 259.72 | 0.00 | 0.00 |
| EMERGENCY COVERAGE CORP | Unsecured | 541.00 | 574.00 | 574.00 | 0.00 | 0.00 |
| EMERGENCY COVERAGE CORP | Unsecured | 88.00 | 88.05 | 88.05 | 0.00 | 0.00 |
| EMERGENCY COVERAGE CORP | Unsecured | 0.00 | 108.15 | 108.15 | 0.00 | 0.00 |
| EMERGENCY COVERAGE CORP | Unsecured | NA | 88.05 | 88.05 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 2,424.00 | 2,459.66 | 2,459.66 | 0.00 | 0.00 |
| HAMILTON MEDICAL CENTER | Unsecured | NA | 962.41 | 962.41 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 69.31 | 69.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,803.00 | 1,660.91 | 1,660.91 | 0.00 | 0.00 |
| KAY JEWELERS | Unsecured | 1,354.00 | 1,174.63 | 1,174.63 | 0.00 | 0.00 |
| LVNV FUNDING LLC. | Unsecured | 386.00 | 386.32 | 386.32 | 0.00 | 0.00 |
| METABANK-FINGERHUT | Unsecured | 251.00 | 330.68 | 330.68 | 0.00 | 0.00 |
| METABANK-FINGERHUT | Unsecured | NA | 620.51 | 620.51 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 205.00 | 205.28 | 205.28 | 0.00 | 0.00 |
| Murray Medical Center | Unsecured | NA | 1,137.96 | 1,137.96 | 0.00 | 0.00 |
| NGRCA | Unsecured | 51.00 | 89.89 | 89.89 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 534.00 | 569.03 | 569.03 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 2,820.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNITED CONSUMER FINANCIAL SVC | Secured | 1,152.00 | 977.58 | 977.58 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES, II | Secured | 18,100.00 | 18,585.38 | 18,585.38 | 5,670.75 | 745.36 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 328.00 | 353.67 | 353.67 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 314.00 | 286.14 | 286.14 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,993.37 | $10,996.83 | $1,401.78 |
| All Other Secured | $977.58 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$35,970.95** | **$10,996.83** | **$1,401.78** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,660.91 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,660.91** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,763.46** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,063.48 |
| Disbursements to Creditors | $12,398.61 |
| **TOTAL DISBURSEMENTS :** | **$17,462.09** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/22/2013                           By: /s/ Mary Ida Townson
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MICHAEL RAY TAYLOR ) | |
| MEGAN LEA TAYLOR ) | CASE NO. R11-42766-MGD |
| ) | |
| DEBTORS ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   MICHAEL RAY TAYLOR
   1703 HIGHWAY 2
   CHATSWORTH, GA  30705


   MEGAN LEA TAYLOR
   1121 HOLLOW CREEK COOL SPRINGS RD
   CHATSWORTH, GA  30705


   LAW OFFICE OF JEFFREY B KELLY PC
   107 E. 5th Avenue
   ROME, GA  30161


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  04/22/2013

                                            /S/
                                   Mary Ida Townson, Chapter 13 Trustee
                                   State Bar No. 715063
                                   100 Peachtree Street, Suite 2700
                                   Atlanta, GA 30303
                                   (404) 525-1110
                                   maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**